*Juliani, supra,* at 74; *see also, J. R. S. v P. J. S.,* 155 AD2d 323, 324, *lv denied* 75 NY2d 938). The fact that plaintiff was not represented by counsel during the negotiation and execution of the agreement, while relevant to the determination, is not the equivalent of a finding of overreaching *(see, Brassey v Brassey,* 154 AD2d 293, 295; *Juliani v Juliani, supra,* at 74), especially where, as here, it is clear that plaintiff made a conscious decision not to retain counsel *(see, Groper v Groper, supra,* at 497). Considering the terms of the agreement in light of the proof of the parties' past and current financial circumstances as portrayed in their affidavits and statements of net worth, we conclude, as a matter of law, that its terms were fair and reasonable when made and are not now unconscionable *(see,* Domestic Relations Law § 236 [B] [3]; *Christian v Christian,* 42 NY2d 63; *Juliani v Juliani, supra).*

We have considered plaintiff's remaining contentions and find them to be without merit. (Appeal from Judgment of Supreme Court, Monroe County, Boehm, J.—Divorce.) Present —Denman, P. J., Balio, Lawton, Fallon and Doerr, JJ.

■ RICHARD GLOOR, Appellant, v MELISSA GLOOR, Respondent. (Appeal No. 2.)—Appeal unanimously dismissed without costs *(see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Monroe County, Boehm, J.—Summary Judgment.) Present—Denman, P. J., Balio, Lawton, Fallon and Doerr, JJ.

■ In the Matter of EIGHTH JUDICIAL DISTRICT ASBESTOS LITIGATION. CAROLE A. ROGACKI, as Executrix of DANIEL P. RAWSKI, Deceased, Respondent, v ACANDS, INC., et al., Defendants, and CELOTEX CORPORATION, as Wholly Owned Subsidiary of JIM WALTER CORPORATION, Individually and as Successor in Interest to PHILIP CAREY CORPORATION and Others, Appellant. (Appeal No. 1.)—Appeal unanimously dismissed without costs *(see, Matter of Eric D.* [appeal No. 1], 162 AD2d 1051). (Appeal from Judgment of Supreme Court, Erie County, Notaro, J.—Products Liability.) Present—Denman, P. J., Balio, Lawton, Fallon and Doerr, JJ.

■ In the Matter of EIGHTH JUDICIAL DISTRICT ASBESTOS LITIGATION. CAROLE A. ROGACKI, as Executrix of DANIEL P. RAWSKI, Deceased, Respondent, v ACANDS, INC., et al., Defendants, and CELOTEX CORPORATION, as Wholly Owned Subsidiary of JIM WALTER CORPORATION, Individually and as Successor in Interest to PHILIP CAREY CORPORATION and Others, Appellant. (Appeal No. 2.)—Judgment unanimously affirmed